ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
PEDRO LOPEZ, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| UNITED STATES OF AMERICA, | ) Case No.: CR-F-03-5165 OWW |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING<br>) SENTENCING HEARING |
| vs. | ) NOTICE TO COUNSEL – DATE IN |
| PEDRO LOPEZ, JR., | ) STIPULATION HAS BEEN CHANGED |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, PEDRO LOPEZ, JR., by and through his legal counsel, Anthony P. Capozzi and Roger J. Rosen, and the Plaintiff, United States of America, by and through Assistant United States Attorney Kathleen A. Servatius, that the sentencing hearing set for Monday, July 11, 2005, be continued to Monday, July 25, 2005, at 1:30 p.m.

The parties further agree that any delay resulting from this continuance shall be excluded on the basis of Title 18, United States Code, Section 3161(h)(8)(A), to wit: The ends of justice

served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: June 22, 2005        /s/ Anthony P. Capozzi
                            Anthony P. Capozzi,
                            Attorney for Defendant,
                            Pedro Lopez, Jr.


Dated: June 22, 2005         /s/ Roger J. Rosen
                            Roger J. Rosen,
                            Attorney for Defendant,
                            Pedro Lopez, Jr.


Dated: June 22, 2005         /s/ Kathleen A. Servatius
                            Kathleen A. Servatius,
                            Assistant U.S. Attorney


**<u>ORDER</u>**

   IT IS SO ORDERED.  Good cause having been shown, the Sentencing Hearing set for July 11, 2005, is vacated and continued to ~~July 25, 2005~~ August 1, 2005 at 1:30 p.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A).

Dated: June _27, 2005
                            /s/ OLIVER W. WANGER

                            _____
                            Honorable Oliver W. Wanger
                            U.S. District Court Judge

Page 2

Stipulation to Continue
Case No. 03-5165 OWW