ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
PEDRO LOPEZ, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-03-5165 OWW |
|  | ) |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
|  | ) SENTENCING HEARING |
| vs. | ) |
| PEDRO LOPEZ, JR., | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

IT IS HEREBY STIPULATED between the Defendant, PEDRO LOPEZ, JR., by and through his legal counsel, Anthony P. Capozzi and Roger J. Rosen, and the Plaintiff, United States of America, by and through Assistant United States Attorney Kathleen A. Servatius, that the sentencing hearing set for Monday, August 1, 2005, be continued to Monday, August 15, 2005, at 1:30 p.m.

The parties further agree that any delay resulting from this continuance shall be excluded on the basis of Title 18, United States Code, Section 3161(h)(8)(A), to wit: The ends of justice

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:   July 11, 2005                    /s/ Anthony P. Capozzi
                                          Anthony P. Capozzi,
                                          Attorney for Defendant,
                                          Pedro Lopez, Jr.


Dated:   July 11, 2005                    /s/ Roger J. Rosen
                                          Roger J. Rosen,
                                          Attorney for Defendant,
                                          Pedro Lopez, Jr.


Dated:   July 11, 2005                    /s/ Kathleen A. Servatius
                                          Kathleen A. Servatius,
                                          Assistant U.S. Attorney


## ORDER

IT IS SO ORDERED.  Good cause having been shown, the Sentencing Hearing set for August 1, 2005, is vacated and continued to August 15, 2005 at 1:30 p.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A).

Dated:   July _12__, 2005
                                 /s/ OLIVER W. WANGER

                                 Honorable Oliver W. Wanger
                                 U.S. District Court Judge

Stipulation to Continue
Case No. 03-5165 OWW

PDF created with pdfFactory trial version www.pdffactory.com