ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
PEDRO LOPEZ, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

UNITED STATES OF AMERICA,  ) Case No.: CR-F-03-5165 OWW
                           )
            Plaintiff,     ) STIPULATION AND ORDER CONTINUING
                           ) SENTENCING HEARING
     vs.                   )
PEDRO LOPEZ, JR.,          )
                           )
            Defendant.     )
_____)

    IT IS HEREBY STIPULATED between the Defendant, PEDRO LOPEZ, JR., by and through his legal counsel, Anthony P. Capozzi and Roger J. Rosen, and the Plaintiff, United States of America, by and through Assistant United States Attorney Kathleen A. Servatius, that the sentencing hearing set for Monday, September 26, 2005, be continued to Monday, October 17, 2005, at 1:30 p.m.

    The parties further agree that any delay resulting from this continuance shall be excluded on the basis of Title 18, United States Code, Section 3161(h)(8)(A), to wit: The ends of justice

served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:   September 19, 2005          /s/ Anthony P. Capozzi
                                     Anthony P. Capozzi,
                                     Attorney for Defendant,
                                     Pedro Lopez, Jr.


Dated:   September 19, 2005           /s/ Roger J. Rosen
                                     Roger J. Rosen,
                                     Attorney for Defendant,
                                     Pedro Lopez, Jr.


Dated:   September 19, 2005          /s/ Kathleen A. Servatius
                                     Kathleen A. Servatius,
                                     Assistant U.S. Attorney


**ORDER**

   IT IS SO ORDERED.  Good cause having been shown, the Sentencing Hearing set for September 26, 2005, is vacated and continued to October 17, 2005 at 1:30 p.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A).

Dated:   September _23__, 2005
                                     /s/ OLIVER W. WANGER

                                     Honorable Oliver W. Wanger
                                     U.S. District Court Judge