UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | 1:03-cr-05165 OWW |
| ) | |
| v. ) | |
| ) | |
| PEDRO LOPEZ, ) | |
| ) | |
| Defendant ) | ORDER CHANGING FACILITY |
| _____ ) | RECOMMENDATION |

   At the request of defense counsel, the Court hereby changes the facility recommendation for the above named defendant from Taft, California to Lompoc, California, but only insofar as it accords with security classification and space availability.


Dated: October 25, 2005            /s/ OLIVER W. WANGER
                                   _____
                                   OLIVER W. WANGER
                                   United States District Judge

1