# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>Pedro Lopez, Jr.,<br><br>            Defendant. | No.  03CR5165-17 LJO<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release) |

       The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

       Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

    [x]    The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

    [ ]    The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

       This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

    Dated:   **June 16, 2014**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE